United States Courts
Southern District of Texas
FILED

APR 14 2021

Nathan Ochsner, Clerk of Court

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NUMBER |
| | § | |
| STEPHON ELLIOTT MOODY | § | C-21-326 |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNTS ONE THROUGH FIVE

On or about the dates set forth below, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

STEPHON ELLIOTT MOODY,

willfully and knowingly, did steal and purloin the following approximate amounts of the goods and property of the United States, equal to or exceeding $1,000:

| Count | Date | Amount |
|---|---|---|
| One | January 21, 2021 | $1,700 |
| Two | January 25, 2021 | $6,700 |
| Three | January 26, 2021 | $1,000 |
| Four | January 27, 2021 | $1,000 |
| Five | January 28, 2021 | $1,000 |

In violation of 18 U.S.C. § 641.

> A TRUE BILL:
> <u>ORIGINAL SIGNATURE ON FILE</u>
> FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____
DENNIS E. ROBINSON
Assistant United States Attorney